THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* EDWARD M. CAMPBELL, Defendant-Appellant.

(No. 59277;

First District (3rd Division)—March 7, 1974.

PER CURIAM.
MEJDA, J., took no part.

Sam Adam, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll and Scott W. Petersen, Assistant State's Attorneys, of counsel), for the People.